JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| THEODORE EUGENE GARNER, | ) | No. ED CV 12-01473-GW(JCG) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| SMITH, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing Plaintiff's First Amended Complaint with prejudice.

DATED: September 7, 2015

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE